DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) Case No. CR 18-458 RS (2) |
| Plaintiff, | ) ) |
| v. | ) **STIPULATION AND ORDER CONTINUING** ) **STATUS CONFERENCE AND EXCLUDING** ) **TIME UNDER THE SPEEDY TRIAL ACT** |
| MARIA ALICIA TORRES-GUTIERREZ, | ) ) |
| Defendant. | ) ) ) |

This matter is presently set for a status conference on May 14, 2019. The government has produced discovery to the defendant. On April 29, 2019, the Court issued a protective order with respect to certain other discovery, and the government is in the process of producing additional discovery, including wiretap recordings, pursuant to the terms of that protective order. Ms. Torres-Gutierrez is currently on pretrial release and resides in the Central District of California. In light of the additional pending discovery, the protective order's restrictions on the dissemination of that discovery, and the defendant's residence outside the district, the parties do not believe they will be in a position to provide the Court with a meaningful status update on the date currently set. For these reasons, the parties stipulate and respectfully request the Court continue the status conference from May 14, 2019 to June 18, 2019 at 2:30 p.m.

For the same reasons, the parties also stipulate that the time between May 14, 2019 and June 18, 2019, should be excluded from calculation under the Speedy Trial Act for the effective preparation of counsel and that ends of justice served by any such continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED** this 30th day of April, 2019.

DAVID L. ANDERSON                                             MOEEL LAW OFFICE
United States Attorney


_____/s/_____                    _____/s/_____
NIKHIL BHAGAT                                                  SHAFFY MOEEL
Assistant United States Attorney                       *Attorney for Maria Alicia Torres-*
*Attorneys for the United States*                       *Gutierrez*


## ORDER

For good cause shown, with respect to defendant Maria Alicia Torres-Gutierrez, the status conference hearing presently set for May 14, 2019 at 2:30 p.m. is continued to June 18, 2019 at 2:30 p.m.

Based upon the stipulation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 14, 2019, and June 18, 2019 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 14, 2019 through and including June 18, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Having made these findings, it is hereby **ORDERED** that the time from May 14, 2019 through and including June 18, 2019, shall be excluded from computation under the Speedy Trial Act as to this defendant. 18 U.S.C. § 3161(h)(7)(B)(iv).


**PURSUANT TO STIPULATION, IT IS SO ORDERED** this 1st day of May, 2019.

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE