DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA ALICIA TORRES-GUTIERREZ, <br><br> Defendant. | Case No. CR 18-458 RS (2) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

This matter is presently set for a status conference on July 16, 2019. Ms. Torres-Gutierrez is currently on pretrial release and resides in the Central District of California. Counsel are in active negotiations with regard to a potential pretrial disposition in this matter. Additionally, defense counsel is exploring the possibility of resolving this matter in the Central District of California pursuant to Rule 20 of the Federal Rules of Criminal Procedure and is in the process of consulting with the Federal Public Defender for that district in furtherance of this possibility. For these reasons, the parties stipulate and respectfully request the Court continue the status conference from July 16, 2019 to August 6, 2019 at 2:30 p.m.

For the same reasons, the parties also stipulate that the time between July 16, 2019 and August 6,

2019, should be excluded from calculation under the Speedy Trial Act for the effective preparation of counsel and that ends of justice served by any such continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED** this 12th day of July, 2019.

DAVID L. ANDERSON
United States Attorney

_____/s/_____
NIKHIL BHAGAT
Assistant United States Attorney
*Attorneys for the United States*

MOEEL LAW OFFICE

_____/s/_____
SHAFFY MOEEL
*Attorney for Maria Alicia Torres-Gutierrez*

# [PROPOSED] ORDER

For good cause shown, with respect to defendant Maria Alicia Torres-Gutierrez, the status conference hearing presently set for July 16, 2019 at 2:30 p.m. is continued to August 6, 2019 at 2:30 p.m.

Based upon the stipulation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 16, 2019, and August 6, 2019 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 16, 2019 through and including August 6, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Having made these findings, it is hereby **ORDERED** that the time from July 16, 2019 through and including August 6, 2019, shall be excluded from computation under the Speedy Trial Act as to this defendant. 18 U.S.C. § 3161(h)(7)(B)(iv).

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this \_\_12th\_\_ day of July, 2019.

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE