SHAFFY MOEEL (State Bar No. 238732)
MOEEL LAW OFFICE
shaffymoeel@gmail.com
1611 Telegraph Ave. Ste. 806
Oakland, CA 94612
Telephone: (415) 735-5021

Attorneys for Defendant
MARIA ALICIA TORRES GUTIERREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MARIA ALICIA TORRES GUTIERREZ,<br><br>               Defendants. | Case No.: 18-CR-0458-RS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

This matter is presently set for a status conference on August 6, 2019. The government has produced discovery to the defendant, including wiretap recordings, pursuant to the terms of a protective order. Ms. Torres Gutierrez is currently on pretrial release and resides in the Central District of California. The parties have been diligently working towards a resolution of this case. Defense counsel continues to explore the possibility of resolving this matter in the Central District of California pursuant to Rule 20 of the Federal Rules of Criminal Procedure. The government is working on providing a draft plea agreement to the defense should the case not resolve through a Rule 20 transfer to the Central District. The parties are confident that this will be the final request for a continuance of a status hearing before this Court. For these reasons, the parties stipulate and respectfully request the Court continue the status conference from August 6, 2019 to September 10, 2019 at 2:30 p.m.

For the same reasons, the parties also stipulate that the time between August 6, 2019 and September 10, 2019, should be excluded from calculation under the Speedy Trial Act for the effective preparation of counsel and that ends of justice served by any such continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED this 5th day of August, 2019.

MOEEL LAW OFFICE
/s/_____
SHAFFY MOEEL
Attorney for Maria Alicia Torres Gutierrez

DAVID L. ANDERSON
United States Attorney
/s/_____
NIKHIL BHAGAT
Assistant United States Attorney
Attorneys for the United States

## ORDER

For good cause shown, with respect to defendant Maria Alicia Torres-Gutierrez, the status conference hearing presently set for August 6, 2019 at 2:30 p.m. is continued to September 10, 2019 at 2:30 p.m. Based upon the stipulation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 6, 2019, and September 10, 2019 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 6, 2019 through and including September 10, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Having made these findings, it is hereby **ORDERED** that the time from August 6, 2019 through and including September 10, 2019, shall be excluded from computation under the Speedy Trial Act as to this defendant. 18 U.S.C. § 3161(h)(7)(B)(iv).

PURSUANT TO STIPULATION, IT IS SO **ORDERED** this 5th day of August, 2019.

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE