SHAFFY MOEEL (State Bar No. 238732)
MOEEL LAW OFFICE
shaffymoeel@gmail.com
1611 Telegraph Ave. Ste. 806
Oakland, CA 94612
Telephone: (415) 735-5021

Attorneys for Defendant
MARIA ALICIA TORRES GUTIERREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-CR-0458-RS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |
| vs. | |
| MARIA ALICIA TORRES GUTIERREZ, | |
| Defendants. | |

This matter is presently set for a sentencing hearing on April 7, 2020 at 2:30 p.m.

In light of the ongoing coronavirus pandemic and the need to avoid unnecessary gatherings or trips on public transit, the parties hereby request and stipulate that the Court continue that hearing to May 19, 2020, at 2:30 p.m. The probation officer is also available on that date.

IT IS SO STIPULATED this 18th day of March, 2020.


MOEEL LAW OFFICE
/s/_____
SHAFFY MOEEL
Attorney for Maria Alicia Torres Gutierrez


DAVID L. ANDERSON
United States Attorney

/s/_____
NIKHIL BHAGAT
Assistant United States Attorney
Attorneys for the United States

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**ORDER**

For good cause shown, with respect to defendant Maria Alicia Torres-Gutierrez, the

sentencing hearing presently set for April 7, 2020 at 2:30 p.m. is continued to May 19, 2020 at 2:30

p.m.     PURSUANT TO STIPULATION, IT IS SO **ORDERED** this _18th_ day of March, 2020.

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE